■ CHRYSLER CORPORATION, Appellant, v FEDDERS CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on December 10, 1979, unanimously affirmed, without prejudice to an application by plaintiff to vacate the stay in the event that plaintiff's application in the Federal court to amend its complaint to state the causes of action here pleaded is denied for any reason. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sandler, Ross, Yesawich and Carro, JJ.

■ PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator de Bonis Non of the Estate of LAM KWEI SHI, Deceased, v CITY OF NEW YORK et al.—Motion for resettlement granted to the extent of amending the order of this court entered on May 15, 1980 [75 AD2d 769] and the memorandum decision filed therewith by adding to the last sentence of the decretal paragraphs thereof the following: "at which the validity of the marriage and the membership of the family shall not be in issue." Concur—Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.